# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-32562 |
| O'HARE CENTRE VENTURE L.P., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | Judge Bruce W. Black |

## NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that on **March 25, 2010, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Bruce W. Black, or another judge sitting in her courtroom, Room 615 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, for final hearing on *Motion For Entry Of An Order Authorizing Continued Use Of Cash Collateral Through April 2010,* filed by Debtor, a copy of which is enclosed unless previously served upon you, and seek entry of a Final Order in substantial conformity with the *INTERIM ORDER REGARDING USE OF CASH COLLATERAL*, a copy of which is enclosed unless previously served upon you.  Any objections to the Motion must be filed with the Court by March 23, 2010.

**O'HARE CENTRE VENTURE L.P.**

By:  /s/ *Paula K. Jacobi*

One of its attorneys

Paula K. Jacobi (ARDC No. 1311247)
Jennifer A. Kimball (ARDC No. 6291184)
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois  60606
(T)  (312) 214-4866
(F)  (312) 759-5646
pjacobi@btlaw.com

## CERTIFICATE OF SERVICE

      **I, Paula K. Jacobi, certify, pursuant to penalties of perjury, that I caused the foregoing, Notice of Final Hearing, to be served on this 5th day of March, 2010, on the following persons, which include Debtor's twenty largest unsecured, non-insider creditors:**

**Via the Court's ECF Filing System:**

D. Elaine Conway
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX  77010
econway@jw.com
*Represents: Constellation NewEnergy, Inc.*

Joseph D Frank
Reed A Heiligman
Frank/Gecker LLP
325 N LaSalle, Suite 625
Chicago, IL 60654
jfrank@fgllp.com
rheiligman@fgllp.com
*Represents: Jones Lang LaSalle Americas (Illinois), L.P.*

Norman B Newman
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601
nnewman@muchshelist.com
*Represents: MASS Realty, LLC*

Kimberly A Bacher
Brian L Shaw
Peter J Roberts
Shaw Gussis Fishman Glantz WolfsonTowbin
321 N. Clark, Suite 800
Chicago, IL 60654
kbacher@shawgussis.com
bshaw100@shawgussis.com
proberts@shawgussis.com

and

Henry Flores
Haynes and Boone, LLP
1221 McKinney
Suite 2100
Houston, TX 77010
henry.flores@haynesboone.com
*Represents: Five Mile Capital SPE A LLC*

**Via the Court's ECF Filing System:**

| | |
|---|---|
| William T Neary | Mark A Berkoff |
| Office of the U.S. Trustee, Region 11 | Deborah M. Gutfeld |
| 219 S Dearborn St, Room 873 | Neal, Gerber & Eisenberg LLP |
| Chicago, IL 60604 | Two North LaSalle Street, Suite 1700 |
| | Chicago, IL 60602-3801 |
| | mberkoff@ngelaw.com |
| | dgutfeld@ngelaw.com |
| | *Represents: Van Ru Credit Corporation* |

**Via U.S. Mail:**

| | |
|---|---|
| 950 WH, LLC | A.N.S.I., Inc. |
| c/o Philip Mandell | PO BOX 95109 |
| 39 S. LaSalle Street, Suite 1220 | Palatine, IL 60095 |
| Chicago, IL 60603 | |
| Ambius, Inc. | Aqua Prep, Inc. |
| PO BOX 95409 | 3810 Oak Knoll Road North |
| Palatine, IL 60095-0409 | Crystal Lake, IL 60012 |
| Best Institutional Supply Co. | Chris Terrazzino |
| d/b/a Seaway Supply | c/o Des Plaines Police Dept. |
| 123 North 10th Avenue | 1420 Miner Street |
| Melrose Park, IL 60160 | Des Plaines, IL 60016 |
| City of Des Plaines | Combined Mechanical Industries, LLC |
| 1420 Miner Street | 2503-09 South Pulaski Road |
| Des Plaines, IL 60016 | Chicago, IL 60623 |
| Featherstone Consulting, Inc. | Integris Environmental Services, Inc |
| 32 Fawn Ridge Drive | PO BOX 661222 |
| Oakwood Hills, IL 60013 | Chicago, IL 60666 |
| M R Properties, LLC | Moore Landscapes, Inc. |
| 1350 East Touhy Avenue, Suite 370-W | 1869 Techny Road |
| Des Plaines, IL 60018 | Northbrook, IL 60062 |
| PCS Industries | Thyssenkrupp Elevator Corporation |
| 4707 West 138th Street | PO BOX 933004 |
| Crestwood, IL 60445 | Atlanta, GA 31193 |

/s/ *Paula K. Jacobi*